IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

Isaac Murray,                                    )  C.A. #3:05-1444-PMD
                                                 )
                    Plaintiff,                   )
                                                 )
             vs.                                 )         ORDER
                                                 )
Dr. Sailer, Dr. Kim, et al                       )
                                                 )
                    Defendants.                  )
                                                 )

        The above-captioned case is before this court upon the magistrate judge's

recommendation that the case be dismissed in part.  Because plaintiffs are pro se, this matter

was referred to the magistrate judge.[1]

        This Court is charged with conducting a de novo review of any portion of the

magistrate judge's report to which a specific objection is registered, and may accept, reject,

or modify, in whole or in part, the recommendations contained in that report.  28 U.S.C. §

636(b)(1).  However, absent prompt objection by a dissatisfied party, it appears that

Congress did not intend for the district court to review the factual and legal conclusions of

the magistrate judge.  Thomas v Arn, 474 U.S. 140 (1985). Additionally, any party who fails

to file timely, written objections to the magistrate judge's report pursuant to 28 U.S.C. §

636(b)(1) waives the right to raise those objections at the appellate court level. United States

---

[1]Pursuant to the provisions of Title 28 United States Code, § 636(b)(1)(B), and Local
Rule 73.02(B)(2)(d), D.S.C., the magistrate judge is authorized to review all pretrial
matters in cases filed under Title 42 United States Code, § 1983, and submit findings and
recommendations to this Court.

v. Schronce, 727 F.2d 91 (4th Cir. 1984).[2]  No objections have been filed to the magistrate

judge's report.

A review of the record indicates that the magistrate judge's report accurately

summarizes this case and the applicable law.  For the reasons articulated by the magistrate

judge, it is hereby **ordered** that the complaint in the above-captioned case be **dismissed**

without issuance and service of process as to all defendants **except Dr. Sailer and Dr. Kim**,

and the Complaint shall be served only on defendants Dr. Sailer and Dr. Kim.

**ORDERED**, that the magistrate judge's report and recommendation is adopted as

the order of this Court.

**AND IT IS SO ORDERED.**

_____
PATRICK MICHAEL DUFFY
United States District Judge

Charleston, South Carolina
August 4, 2005

---

[2]In Wright v. Collins, 766 F.2d 841 (4th Cir. 1985), the court held "that a pro se
litigant must receive fair notification of the consequences of failure to object to a
magistrate judge's report before such a procedural default will result in waiver of the right
to appeal.  The notice must be 'sufficiently understandable to one in appellant's circum-
stances fairly to appraise him of what is required.'"  Id. at 846.  Plaintiff was advised in a
clear manner that his objections had to be filed within ten (10) days, and he received
notice of the consequences at the appellate level of his failure to object to the magistrate
judge's report.

## **NOTICE OF RIGHT TO APPEAL**

Plaintiff is hereby notified that he has the right to appeal this Order within **thirty (30) days** from the date hereof pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.